U.S. DISTRICT COURT
WESTERN DISTRICT of LOUISIANA
RECEIVED - ALEXANDRIA

MAR 0 7 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 98-10030-02 |
| VERSUS | * | JUDGE LITTLE |
| LYNKEITH ZANDALE JAMES<br>    Defendant | * | MAGISTRATE JUDGE KIRK |

AND

WAL-MART STORES, INC.
AND ITS SUCCESSORS OR ASSIGNS
    Garnishee

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, Wal-Mart Stores, Inc., and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on February 15, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a bi-weekly basis, and that for the pay period in effect on the date of service on the garnishee, defendant earned gross wages of $792.95 and net wages of $713.78.

On April 18, 2006, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Lynkeith Zandale James, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty-five percent (25%) of defendant's disposable earnings; or
2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: Mar 27, 2007   By: _____
United States Magistrate Judge
JAMES D. KIRK
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Lynkeith James, 6722 Isabella Drive, Alexandria, LA 71302 and upon Wal-Mart Stores, Inc. Attn: Dusty Stanley (Garnishments), 702 S.W. 8th Street, Bentonville, AR 72716, by placing same in the United States Mail, postage prepaid, first class, on this the 5th day of March, 2007.

Sheila W. Still
Financial Litigation Unit